IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL FRANCIS,        No. C 12-2720 SI

    Plaintiff,        **ORDER DISMISSING CASE**

  v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.
                                /

         The parties have informed the Court that this case has settled. Accordingly, the Court hereby DISMISSES the case effective **90 days from the date of this Order**. The clerk shall VACATE any remaining dates.

**IT IS SO ORDERED.**

Dated: December 10, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge