**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FRANCIS, | No. C 12-2720 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

The parties have informed the Court that this case has settled. Accordingly, the Court hereby DISMISSES the case effective **90 days from the date of this Order**. The clerk shall VACATE any remaining dates.

**IT IS SO ORDERED.**

Dated: December 10, 2012

SUSAN ILLSTON
United States District Judge